**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BILLY WOOTEN, on behalf of himself and others similarly situated, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:16-CV-305-MHC |
| JAMES EXECUTIVE CONSULTANT GROUP, LLC a/k/a JE GROUP, LLC and DANNIE E. JAMES, Sr., | |
| Defendants. | |

## DEFAULT JUDGMENT

The defendants, James Executive Consultant Group and Dannie James, Sr. ("James"), having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Mark H. Cohen, United States District Judge, by order of 3/30/17, having directed that judgment issue in favor of plaintiff and against the defendants, it is hereby

ORDERED AND ADJUDGED, that the plaintiff, Billy Wooten, recover from the defendants James Executive Consultant Group and Dannie James, Sr. ("James"), the amount of $12,650.00 in damages and liquidated damages and $2,903.30 in costs.

Dated at Atlanta, Georgia this 30th day of March, 2017.

JAMES N. HATTEN
CLERK OF COURT
By:   s/ Brittney Walker
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
March 30, 2017
James N. Hatten
Clerk of Court

By:   s/ Brittney Walker
Deputy Clerk