UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BILLY WOOTEN, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES EXECUTIVE CONSULTANT GROUP, LLC a/k/a JE GROUP, LLC, and DANNIE E. JAMES, SR.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-305-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H Cohen, United States District Judge, for consideration of Motion for Award of Damages and Attorneys' Fees, and the court having granted said motion, it is

**Ordered and adjudged** that Plaintiff recover from defendants James Executive Consultant Group and Dannie James, Sr. $16,654.00 as reasonable attorney's fees.

Dated at Atlanta, Georgia this 18th day of April, 2017.

                JAMES N. HATTEN
                CLERK OF COURT


           By: s/Jill Ayers
              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
 April 18, 2017
James N. Hatten
Clerk of Court


By: s/Jill Ayers
  Deputy Clerk